714 December 20, 2023 No. 677

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Danette M. BLAKE,
*Petitioner,*

*v.*

EMPLOYMENT DEPARTMENT
and Legacy Meridian Park Hospital,
*Respondents.*

Employment Appeals Board
2022EAB0017; A177972

Argued and submitted April 19, 2023.

Ray D. Hacke argued the cause for petitioner. Also on the briefs was Pacific Justice Institute.

Michael A. Casper, Assistant Attorney General, argued the cause for respondent Employment Department. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Sophie Shaddy-Farnsworth argued the cause for respondent Legacy Meridian Park Hospital. Also on the brief were Brenda K. Baumgart, Crystal S. Chase, and Stoel Rives LLP.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Reversed and remanded. *Lavelle-Hayden v. Employment Dept.*, 326 Or App 490, 533 P3d 75 (2023).